**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In re Bryan Suhre

Appellate case number:   01-22-00011-CV

Trial court case number:  92053-I

Trial court:                      412th Judicial District Court of Brazoria County

On February 1, 2022, this Court issued an order denying Relator Bryan Suhre's petition for writ of mandamus. On February 22, 2022, Relator filed a motion to extend time to file his motion for rehearing. Relator's motion for extension of time is **granted**. Relator's motion for rehearing is due **March 18, 2022**. *See* TEX. R. APP. P. 49.9.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy_____
                            Acting individually

Date:  March 3, 2022